

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 12, 2016

Leigh Cutter
Jean Brown Family Law
222 Main Plaza
San Antonio, TX 78205

Margaret D. Roberts
15331 Clear Grove
San Antonio, TX 78247

RE:    Court of Appeals Number:   04-16-00170-CV
         Trial Court Case Number:   2009-CI-09297
         Style:  In the Interest of A.B.R. and P.Y.R., Children

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

              Very truly yours,
              KEITH E. HOTTLE, CLERK

              Jacqueline S. Fennell
              Legal Assistant,
              Fourth Court of Appeals
              210-335-3854

cc: Jean S. Brown



# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00170-CV

**IN THE INTEREST OF A.B.R. AND P.Y.R.**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-09297
Honorable Antonia Arteaga, Judge Presiding

## ORDER

The Appellee's Motion to Extend Mediation Stay of this appeal to September 2, 2016 is **DENIED**. It is FURTHER ORDERED that all appellate deadlines will remain suspended until **August 4, 2016**; in accordance to the order issued by this court on June 20, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court